# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROGER T. NUTTALL, INC., a California professional services corporation, et al., <br><br> Defendants. | Case No. 1:25-cv-00988-JLT-SAB <br><br> ORDER GRANTING RYAN C. CURTIS'S *PRO HAC VICE* APPLICATION <br><br> (ECF No. 5) |

Before the Court is the application of Ryan C. Curtis, attorney for Plaintiffs Mark Coleman and Corinne Catalanello, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Ryan C. Curtis's application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **August 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge