# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al. | Case No. 1:25-cv-00988-JLT-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO FILE A MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT SOUTHWEST PENSION ADMINISTRATION, LLC |
| v. | |
| NUTTALL, INC., et al., | |
| Defendants. | **THIRTY-FIVE DAY DEADLINE** |

Plaintiffs commenced this action on August 8, 2025. (ECF No. 1.) On September 18, 2025, the Clerk of the Court entered default against Defendant Southwest Pension Administration, LLC. (ECF Nos. 12, 13.) The scheduling conference in this matter is currently set for November 20, 2025. (ECF No. 3.)

Pursuant to Federal Rules of Civil Procedure 55, obtaining a default judgment is a two-step process. Yue v. Storage Technology Corp., No. 3:07-cv-05850, 2008 WL 361142, *2 (N.D. Cal. Feb. 11, 2008). Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). After entry of default, a plaintiff can seek entry of default judgment. Fed. R. Civ. P. 55(b)(1) and (2). "Default judgments are generally disfavored, and whenever it is reasonably possible, cases should be decided upon their merits." In re Hammer, 940 F.2d 524, (9th Cir.

1

1991) (cleaned up).

As Defendant Southwest Pension Administration, LLC, is in default, the Court will set a deadline for a motion for default judgment to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty-five (35) days** from the date of entry of this order, Plaintiffs shall file a motion for default judgment against Defendant Southwest Pension Administration, LLC; and

2. Plaintiffs are advised that the failure to comply with this order may result in a recommendation that the claims against this defendant be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:    **September 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2