# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>NUTTALL, INC., et al.,<br><br>   Defendants. | Case No. 1:25-cv-00988-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 17) |

Before the Court is the parties' stipulation to extend the time in which Plaintiffs may file an amended complaint. As relevant here, on October 3, 2025, Defendants here filed a motion to dismiss (ECF No. 15), and on October 14, 2025, these parties filed the instant stipulation. (ECF No. 17.) For good cause shown, the Court approves the stipulation and ORDERS:

1. Plaintiffs shall have **ten (10) days** from the entry of this order to file an amended complaint. The Court reminds Plaintiffs that they must comply with the service requirements of Fed. R. Civ. P. 4(m) regarding Defendant Corporation XYZ, who has not yet appeared;

2. Plaintiffs shall also have **ten (10) days** to file a notice of how the amended complaint affects the present entry of default against Defendant Southwest Pension Administration, LLC, and whether or not Plaintiffs intend to serve the amended complaint on Southwest Pension Administration, LLC. Should Plaintiffs not intend to serve the amended complaint on Southwest Pension

Administration, LLC, Plaintiffs should include legal authority and argument to support their position. Based on Plaintiffs' notice, the Court will consider whether to vacate the deadline to file a motion for default judgment and set aside the entry of default;

3. All Defendants shall have **twenty-one (21) days** from the filing or service of the amended complaint to answer or otherwise respond to the amended complaint;

4. In light of the parties' stipulation, and this order, the Court DIRECTS Defendants here to consider filing a notice of withdrawal of the motion to dismiss (ECF No. 15) within **three (3) days** of the filing of the amended complaint or earlier.

IT IS SO ORDERED.

Dated: **October 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2