# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NUTTALL, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00988-JLT-SAB<br><br>ORDER SETTING ASIDE ENTRY OF DEFAULT AND VACATING PLAINTIFFS' DEADLINE TO FILE A MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 23) |

On September 17, 2025, Plaintiff filed a request for entry of default against Southwest Pension Administration, LLC. (ECF No. 12.) The Clerk entered default on September 18, 2025, (ECF No. 13), and the Court ordered Plaintiff to file a motion for default judgment on or before October 23, 2025. (ECF No. 14.) On October 23, 2025, Plaintiff filed a notice of intent to serve their first amended complaint on Southwest Pension Administration, LLC. (ECF No. 23.)

In light of Plaintiffs' notice, the Court finds good cause to SET ASIDE the entry of default (ECF Nos. 12, 13) and VACATE the deadline for Plaintiffs to file a motion for default judgment (ECF No. 14.) <u>See</u> Fed. R. Civ. P. R. 55(c).

IT IS SO ORDERED.

Dated: __October 24, 2025__　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge