# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al., | Case No.  1:25-cv-00988-JLT-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED EXTENSION OF TIME TO SERVE UNDERLYING CLAIMANT |
| v. | |
| NUTTALL, INC., et al., | (ECF No. 28) |
| Defendants. | |

Before the Court is the parties' stipulation to extend time in which Defendants may file a responsive brief.  (ECF No. 28.)  For good cause shown, the Court approves the stipulation and ORDERS that Defendants shall have through November 21, 2025, to file a responsive brief.

IT IS SO ORDERED.

Dated:   **November 7, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge

1