# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NUTTALL, INC., et al.<br><br>　　　　Defendants. | Case No.  1:25-cv-00988-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS<br><br>(ECF No. 41) |

　　　Before the Court is a stipulation from the relevant parties seeking to continue the hearing on Defendant LPL Financial LLC's motion to compel arbitration and stay proceedings.  In part, Plaintiffs and LPL Financial LLC proffer that the continuance is in an effort to explore settlement.  For good cause shown, the Court hereby approves the stipulation and ORDERS that the hearing on Defendant LPL Financial LLC's motion to compel arbitration and stay proceedings is CONTINUED to February 11, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 7, 2026**

　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　United States Magistrate Judge