# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al., | Case No. 1:25-cv-00988-JLT-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT LPL FINANCIAL, LLC |
| v. | |
| NUTTAL, INC., et al., | (ECF No. 47) |
| Defendants. | **MAY 22, 2026 DEADLINE** |

On April 22, 2026, Plaintiffs and Defendant LPL Financial, LLC, filed a notice of settlement, informing the Court that a settlement has been reached and will be finalized on or before May 15, 2026.  (ECF No. 47.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that Plaintiffs shall file or ensuring the filing of dispositional documents no later than **May 22, 2026**.  Any request for an extension shall be supported by good cause.  L.R. 160(b).

As the parties have observed, the LPL's motion to compel arbitration (ECF No. 34) remains pending and will become moot upon the filing of dispositional documents.

IT IS SO ORDERED.

Dated: __**April 22, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge