# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK COLEMAN, et al.,

      Plaintiffs,

    v.

ROGER T. NUTTAL, INC., et al.,

      Defendants.

Case No.  1:25-cv-00988-JLT-SAB

ORDER REQUIRING PLAINTIFFS TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE

**DEADLINE: May 8, 2026**

On August 8, 2025, Plaintiffs commenced this action.  (ECF No. 1.)  The initial scheduling conference is currently set for June 25, 2026.  (ECF No. 43.)  The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered.  At this time, Defendant Corporation XYZ has not answered or otherwise appeared, nor has a summons been returned executed as to this Defendant.

Therefore, IT IS HEREBY ORDERED that **on or before May 8, 2026**, Plaintiffs shall file a status report indicating the status of service upon Defendant Corporation XYZ; whether Plaintiffs are prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the Defendant Corporation XYZ to appear in this action; and/or whether Plaintiffs plan to request an entry of default.[1]

---

[1] The Court notes that Plaintiffs and Defendant LPL Financial, LLC, have filed a notice of settlement with dispositional documents due by May 22, 2026.  (ECF No. 48.)  At this time, the Court does not find this to be a reason in and of itself to continue the initial scheduling conference for the remaining defendants.

1

A final note, Plaintiffs are ADVISED that they must comply with Fed. R. Civ. P. 4(m) and should move for an extension, demonstrating "good cause," should it be necessary with regard to Defendant Corporation XYZ.

IT IS SO ORDERED.

Dated:    **May 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2