# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK COLEMAN, et al.,

      Plaintiffs,

    v.

NUTTALL, INC., et al.,

      Defendants.

Case No. 1:25-cv-00988-JLT-SAB

ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 54)

Before the Court is parties' stipulation to extend the time to file dispositional documents. (ECF No. 54.)  For good cause shown, the Court hereby grants the request and ORDERS that the parties shall have through **June 5, 2026**, to file dispositional documents.  Any further extension must be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **May 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge