# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al., | Case No. 1:25-cv-00988-JLT-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| NUTTALL, INC., et al., | (ECF No. 56) |
| Defendants. | |

Before the Court is parties' second stipulation to extend the time to file dispositional documents.  (ECF No. 56.)  For good cause shown, the Court hereby grants the request and ORDERS that the parties shall have through **June 19, 2026**, to file dispositional documents. Any further extension must be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **June 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge