# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLEMAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROGER T. NUTTAL, INC. et al.,<br><br>Defendants. | Case No. 1:25-cv-00988-JLT-SAB<br><br>ORDER DIRECTING THE CLERK OF COURT TO ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANT LPL FINANCIAL, LLC<br><br>(ECF No. 59) |

On June 17, 2026, Plaintiff and Defendant LPL Financial, LLC filed a stipulation dismissing the claims against this Defendant with prejudice. (ECF No. 59.) In light of the stipulation, Defendant LPL Financial, LLC has been dismissed pursuant to the terms of the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of the Court is DIRECTED to TERMINATE Defendant LPL Financial, LLC on the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **June 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge