Eric V. Grijalva, Bar No. 264426
Ryan C. Curtis, *(pro hac vice)*
David L. Sieck, *(pro hac vice)*
**FENNEMORE LLP**
8080 N Palm Avenue, Third Floor
Fresno, CA 93711
Tel: (559) 432-4500 / Fax: (559) 432-4590
egrijalva@fennemorelaw.com
rcurtis@fennemorelaw.com
dsieck@fennemorelaw.com

Attorneys for Plaintiffs
MARK COLEMAN and CORINNE CATALANELLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

MARK COLEMAN, and CORINNE CATALANELLO,

Plaintiffs,

v.

ROGER T. NUTTALL, INC., a California professional services corporation, ROGER T. NUTTALL, INC. 401(K) PROFIT SHARING PLAN, LPL FINANCIAL, LLC, a California limited liability company, SOUTHWEST PENSION ADMINISTRATION, LLC, a Nevada limited liability company, ROGER NUTTALL, individually as a fiduciary of the ROGER T. NUTTALL, INC. 401(K) PROFIT SHARING PLAN, AMY NUTTALL ZWAAN, individually as a fiduciary of the ROGER T. NUTTALL, INC. 401(K) PROFIT SHARING PLAN, CORPORATION XYZ, a fidelity bonding company, and DOES 1 through 25, inclusive,

Defendants.

Case No. 1:25-cv-00988-JLT-SAB

**JOINT STIPULATION TO APPEAR BY VIDEOCONFERENCE AT SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER**

Date Action Filed: August 8, 2025

Settlement Judge: Hon. Jeremy D. Peterson

Plaintiffs Mark Coleman and Corinne Catalanello (collectively "Plaintiffs") and Defendants Roger T. Nuttall, Inc., Roger T. Nuttall, Inc. 401(k) Profit Sharing Plan, Roger Nuttall, and Amy Nuttall Zwaan ("Defendants") (collectively, the "Parties"), by and through their counsel of record,

hereby jointly stipulate and respectfully request this Court enter an order authorizing the Parties and their trial counsel, Ryan C. Curtis of Fennemore LLP and James P. Wagoner of McCormick Barstow LLP, to participate by videoconference in the settlement conference currently set for October 7, 2026, at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson, in Sacramento, California.

**RECITALS**

1. The Parties have agreed to a settlement conference, currently set for October 7, 2026, at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson, in Sacramento, California.

2. The settlement conference presently requires all participants' in-person attendance.

3. The Parties and their counsel are primarily located in Fresno, California, with Plaintiff's lead counsel also located in Phoenix, Arizona, requiring significant travel for all participants' in-person attendance.

4. To promote the cost efficiencies associated with the settlement conference while preserving its effectiveness, the Parties have agreed to appear by videoconference.

5. Local Rule 174(a)(1) permits attorneys to request permission to appear by videoconference for pretrial proceedings in civil matters. Local Rule 174(a)(2) likewise permits party representatives to request videoconference participation in settlement conferences. Local Rule 270(f)(1) recognizes that the settlement judge may specifically permit participation other than in person. The foregoing permits the stipulated relief requested here.

6. Good cause exists to grant this Stipulation as the requested remote videoconference appearances will preserve all features of in person participation without the costs related to travel for the Parties and counsel. Further, the Court's ability to effectively hold the settlement conference, evaluate the Parties' positions, communicate directly with the Parties, or facilitate resolution will not be diminished.

7. In accordance with Local Rule 174(a), all participants of the settlement conference "appearing by video conferencing shall appear in appropriate attire as if present in court, shall have

stable video conferencing, without background audio or visual interferences, and shall have an appropriate background for a Court appearance."

8. The Parties respectfully request that this Court enter an Order permitting the settlement conference to be conducted by videoconference and excuse in-person attendance. This request does not however seek to excuse any participant from the conference or modify any other requirement of the Court's July 14, 2026 Settlement Conference Order or Participation Letter. ECF Nos. 65 and 65-1.

Pursuant to Local Rule 143(b), a Proposed Order is submitted herewith.

## AGREEMENT

Based on the foregoing recitals,

**IT IS HEREBY STIPULATED** and agreed that the settlement conference scheduled for October 7, 2026, at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson shall be conducted by videoconference following approval and Order by this Court.

**IT IS SO STIPULATED.**

Dated: September 8, 2026.

By: *_/s/ Eric Grijalva_*
Eric Grijalva
Ryan C. Curtis
David Sieck
FENNEMORE LLP
Attorneys for Plaintiffs
MARK COLEMAN and CORINNE CATALANELLO

By: *_/s/ James P. Wagoner (with permission)_*
James P. Wagoner
Lejf Knutson
McCormick Barstow LLP
Attorney for Defendants
ROGER T. NUTTAL; ROGER T. NUTTAL, INC. 401(k) PROFIT SHARING PLAN; ROGER T. NUTTAL, INC., AND AMY NUTTAL ZWAAN

**[~~PROPOSED~~] ORDER**

Based on the foregoing Stipulation and the agreement of the parties:

**IT IS HEREBY ORDERED** that the settlement conference scheduled for October 7, 2026, at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson shall be conducted by videoconference and in-person attendance in Sacramento, California is excused.

No individual participant is excused from the conference and all other requirements of the Court's July 14, 2026 Settlement Conference Order and Participation Letter (ECF Nos. 65 and 65-1) shall remain in effect.

**IT IS SO ORDERED.**

Dated: September 11, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE